IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MARTIN MUREITHI,

    Petitioner,

v.                                      Case No. 4:19cv80-MW/CAS

UNITED STATES ATTORNEY
GENERAL WILLIAM P. BARR,
and ICE DIRECTOR RONALD
D. VITIELLO,

    Respondents.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss Petition as Moot, ECF No. 17, is **GRANTED**. The § 2241 petition is **DISMISSED as moot** since Petitioner has been granted the relief sought in the petition." The Clerk shall close the file.

**SO ORDERED on April 29, 2019.**

                                                **s/ MARK E. WALKER**
                                                **Chief United States District Judge**

---

[1] Petitioner has been released from custody. ECF No. 17.